**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Jarred E. Fox                          CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 23-10328PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

                                       Respectfully submitted,

                                       /s/ *Michael Farrington*
                                       Michael Farrington
                                       10 Apr 2023, 09:43:41, EDT

                                       KML Law Group, P.C.
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106-1532
                                       (215) 627-1322