UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Jarred E. Fox | Bankruptcy No.23-10328-PMM |
| Debtor | |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 11th day of May, 2023, by first class mail upon those listed below:

Jarred E. Fox
94 East Church Street
Stevens, PA  17578

**Electronically via CM/ECF System Only:**

ALAINE V GRBACH ESQ
675 ESTELLE DRIVE - REAR
LANCASTER, PA  17601-2129

*/s/ Kristen Gliem*
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee