### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Jarred E. Fox**<br>　　　　　　　　　　Debtor<br><br>**MIDFIRST BANK**<br>　　　　　　　　　　Movant<br><br>　　　　vs.<br><br>**Jarred E. Fox**<br>**Scott F. Waterman, Trustee**<br>　　　　　　　　　　Respondents | **CHAPTER 13**<br><br><br><br>**NO.** 23-10328 PMM |

### **ORDER**

Upon consideration of the Objection to Confirmation of the Chapter 13 Plan filed by MIDFIRST BANK, it is **Ordered** and **Decreed** that confirmation is **denied**.