# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Jarred E. Fox**<br>　　　　　　　　　**Debtor**<br><br>**MIDFIRST BANK**<br>　　　　　　　　　**Movant**<br>　　**vs.**<br><br>**Jarred E. Fox**<br>**Scott F. Waterman, Trustee**<br>　　　　　　　　　**Respondents** | CHAPTER 13<br>BK. NO. 23-10328 PMM |

### **CERTIFICATION OF SERVICE**

I, the undersigned, hereby certify that the foregoing Objection to Confirmation was served by first class mail, postage pre-paid, upon the parties listed below on **June 8, 2023**.

Scott F. Waterman, Trustee
2901 St. Lawrence Ave., Suite 100 (VIA ECF)
Reading, PA 19606

Alaine V. Grbach Esq.
675 Estelle Drive (VIA ECF)
Lancaster, PA 17601

Jarred E. Fox
94 East Church Street
Stevens, PA 17578

Date: June 8, 2023

　　　　　　　　　　　　　　　　By: **/s/ Denise Carlon**
　　　　　　　　　　　　　　　　　　Denise Carlon, Esquire
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant