## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Jarred E. Fox | |
|                       Debtor | CHAPTER 13 |
| MIDFIRST BANK, its successors and/or assignees | |
|                       Movant | |
|         vs. | |
| Jarred E. Fox | NO. 23-10328 PMM |
|                       Debtor | |
| Scott F. Waterman | |
|                       Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of MIDFIRST BANK, which was filed with the Court on or about June 8, 2023.

Dated: June 21, 2023

Respectfully submitted,

/s/Michael P. Farrington
Michael P. Farrington, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215) 627-1322
mfarrington@kmllawgroup.com