United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 23-10328-pmm
Jarred E. Fox | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2
Date Rcvd: Jun 29, 2023     Form ID: 155     Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jarred E. Fox, 94 East Church Street, Stevens, PA 17578-9448 |
| 14758661 | + | Broker Solutions Inc., dba New American Funding, c/o Lorraine Gazzara Doyle, Esq., 3600 Horizon Drive, Suite 150, King of Prussia PA 19406-4702 |
| 14772656 | + | MIDFIRST BANK, C/O Michael Patrick Farrington, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14753946 | + | Torres Crdit, Attn: Bankruptcy, Po Box 189, Carlisle, PA 17013-0189 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14758485 | + | Email/Text: Bankruptcy@nafinc.com | Jun 30 2023 00:33:00 | Broker Solutions Inc. dba New American Funding, 11001 Lakeline Blvd, No 325, Austin , TX 78717-5997 |
| 14753943 | + | Email/Text: dylan.succa@commercialacceptance.net | Jun 30 2023 00:34:00 | Commercial Acceptance Company, Attn: Bankruptcy, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 14753942 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 30 2023 00:41:44 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14761758 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jun 30 2023 00:34:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14772606 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 30 2023 00:41:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14772563 | ^ | MEBN | Jun 30 2023 00:31:38 | MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14753944 | + | Email/Text: Unger@Members1st.org | Jun 30 2023 00:34:00 | Members 1st FCU, Attn: Bankruptcy, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 14765776 | + | Email/Text: Unger@Members1st.org | Jun 30 2023 00:34:00 | Members 1st Federal Credit Union, PO Box 8893, Camp Hill, PA 17001-8893 |
| 14773666 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 30 2023 00:41:04 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14762586 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 30 2023 00:34:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14753945 | | Email/Text: Bankruptcy@nafinc.com | Jun 30 2023 00:33:00 | New American Funding, 11001 Lakeline Blvd, Austin, TX 78717 |
| 14753947 | | Email/Text: bknotice@upgrade.com | Jun 30 2023 00:33:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 14753948 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 30 2023 00:41:10 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 29, 2023 | Form ID: 155 | Total Noticed: 18 |

| 14765012 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 30 2023 00:54:43 | 50328-0001 Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
|---|---|---|---|

TOTAL: 14

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2023              Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALAINE V. GRBACH | on behalf of Debtor Jarred E. Fox avgrbach@aol.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor Broker Solutions Inc. dba New American Funding logsecf@logs.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor MIDFIRST BANK mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Jarred E. Fox
    Debtor(s)                             Chapter: 13

                                             Bankruptcy No: 23−10328−pmm

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this June 29, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                                                  Patricia M. Mayer
                                                                                  Judge, United States Bankruptcy Court

                                                                                                                                 28
                                                                                                                              Form 155