Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 23-10328-PMM**

Jarred E. Fox  
94 East Church Street  
Stevens  PA  17578

Petition Filed Date: 02/03/2023  
341 Hearing Date: 03/21/2023  
Confirmation Date: 06/29/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/03/2023 | $100.00 | | 04/04/2023 | $345.00 | | 05/03/2023 | $345.00 | |
| 06/05/2023 | $345.00 | | 07/05/2023 | $404.00 | | | | |

**Total Receipts for the Period: $1,539.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $1,943.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ALAINE V GRBACH ESQ | Attorney Fees | $3,250.00 | $1,401.49 | $1,848.51 |
| 1 | CHASE BANK USA NA<br>»» 001 | Unsecured Creditors | $1,945.73 | $0.00 | $1,945.73 |
| 2 | MIDLAND CREDIT MANAGEMENT INC<br>»» 002 | Unsecured Creditors | $623.73 | $0.00 | $623.73 |
| 3 | WELLS FARGO BANK NEVADA NA<br>»» 003 | Unsecured Creditors | $3,728.83 | $0.00 | $3,728.83 |
| 4 | MEMBERS 1ST FCU<br>»» 004 | Unsecured Creditors | $4,795.15 | $0.00 | $4,795.15 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $2,110.07 | $0.00 | $2,110.07 |
| 6 | MIDFIRST BANK<br>»» 006 | Mortgage Arrears | $18,057.24 | $0.00 | $18,057.24 |

**Chapter 13 Case No. 23-10328-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,943.00 | Current Monthly Payment: | $403.00 |
| Paid to Claims: | $1,401.49 | Arrearages: | ($2.00) |
| Paid to Trustee: | $173.87 | Total Plan Base: | $23,703.00 |
| Funds on Hand: | $367.64 | | |

### NOTES:

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.