**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | CHAPTER 13 |
| | : | |
| **JARRED E. FOX,** | : | |
| | : | BANKRUPTCY NO.: 23-10328-pmm |
| | : | |
| **Debtor .** | : | |
| | : | |

**ORDER GRANTING MOTION TO MODIFY PLAN**

**AND NOW**, upon consideration of the Debtor's Motion to Modify the confirmed chapter 13 Plan (doc.# 22, the "Motion");

It is hereby ordered that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # 22) is **approved.**

                                              **BY THE COURT**:

                                              **PATRICIA M. MAYER,**
**Date:**                                              U.S. BANKRUPTCY JUDGE