**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | CHAPTER 13 |
| | : | |
| **JARRED E. FOX,** | : | |
| | : | BANKRUPTCY NO.: 23-10328-pmm |
| | : | |
| Debtor . | : | |
| | : | |

**ORDER GRANTING MOTION TO MODIFY PLAN**

**AND NOW**, upon consideration of the Debtor's Motion to Modify the confirmed chapter 13 Plan (doc.# 22, the "Motion");

It is hereby ordered that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # 37) is **approved.**

**BY THE COURT**:

**Date:**

_____
**PATRICIA M. MAYER,**
U.S. BANKRUPTCY JUDGE

Case 23-10328-pmm    Doc 38    Filed 05/25/24    Entered 05/25/24 11:51:29    Desc Main
Document      Page 2 of 2