**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | CHAPTER 13 |
| | : | |
| JARRED E. FOX, | : | |
| | : | BANKRUPTCY NO. 23-10328 - PMM |
| | : | |
| Debtor. | : | |
| | : | |

**CERTIFICATION OF NO RESPONCE TO**
**MOTION OF DEBTOR TO MODIFY PLAN POST-CONVERSION**

I, Alaine V. Grbach, Esquire, hereby certify that the twenty one (21) days during which parties in interest had to answer or object to the above Motion , after service thereon, have expired, and no answer or objection has been filed and/or served upon undersigned Counsel.

Respectfully submitted,

**Dated:  05/30/2026**

**/s/Alaine V. Grbach, Esquire**

Alaine V. Grbach, Esquire
Counsel to Debtors
675 Estelle Drive
Lancaster, PA 17601
(717) 399-8420 - telephone
I.D. No.: 45485