IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 13 |
| | : | |
| JARRED E. FOX, | : | |
| | : | BANKRUPTCY NO.: 23-10328-pmm |
| | : | |
| Debtor . | : | |
| | : | |

### ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW**, upon consideration of the Debtor's Motion to Modify the confirmed chapter 13 Plan (doc.# 31, the "Motion");

It is hereby ordered that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # 39) is **approved.**

BY THE COURT:

*Patricia M. Mayer*

**PATRICIA M. MAYER,**
U.S. BANKRUPTCY JUDGE

**Date:** 5/31/24