United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 23-10328-pmm
Jarred E. Fox    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: admin    Page 1 of 2
Date Rcvd: May 31, 2024    Form ID: pdf900    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jarred E. Fox, 94 East Church Street, Stevens, PA 17578-9448 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 02, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2024 at the address(es) listed below:

**Name**      **Email Address**

ALAINE V. GRBACH
    on behalf of Debtor Jarred E. Fox avgrbach@aol.com

CHRISTOPHER A. DENARDO
    on behalf of Creditor Broker Solutions Inc. dba New American Funding logsecf@logs.com

DENISE ELIZABETH CARLON
    on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor MIDFIRST BANK mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-4     User: admin     Page 2 of 2
Date Rcvd: May 31, 2024     Form ID: pdf900     Total Noticed: 1
TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | CHAPTER 13 |
| | : | |
| **JARRED E. FOX,** | : | |
| | : | BANKRUPTCY NO.: 23-10328-pmm |
| | : | |
| Debtor . | : | |
| | : | |

**ORDER GRANTING MOTION TO MODIFY PLAN**

**AND NOW**, upon consideration of the Debtor's Motion to Modify the confirmed chapter 13 Plan (doc.# 31, the "Motion");

It is hereby ordered that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # 39) is **approved.**

                                  **BY THE COURT**:

*Patricia M. Mayer*

                                  **PATRICIA M. MAYER,**
**Date:** 5/31/24                         U.S. BANKRUPTCY JUDGE