| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 23-10328-PMM

| | |
|---|---|
| Jarred E. Fox | Petition Filed Date: 02/03/2023 |
| 94 East Church Street | 341 Hearing Date: 03/21/2023 |
| Stevens  PA   17578 | Confirmation Date: 06/29/2023 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/03/2023 | $404.00 | | 09/06/2023 | $404.00 | | 10/04/2023 | $404.00 | |
| 11/03/2023 | $404.00 | | 12/05/2023 | $404.00 | | 01/04/2024 | $404.00 | |
| 02/05/2024 | $404.00 | | 03/05/2024 | $404.00 | | 04/03/2024 | $404.00 | |
| 05/03/2024 | $404.00 | | 06/04/2024 | $100.00 | | 07/08/2024 | $100.00 | |

**Total Receipts for the Period: $4,240.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $5,879.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS |||||||
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | ALAINE V GRBACH ESQ | Attorney Fees | $3,250.00 | $3,250.00 | $0.00 |
| 1 | CHASE BANK USA NA »» 001 | Unsecured Creditors | $1,945.73 | $0.00 | $1,945.73 |
| 2 | MIDLAND CREDIT MANAGEMENT INC »» 002 | Unsecured Creditors | $623.73 | $0.00 | $623.73 |
| 3 | WELLS FARGO BANK NEVADA NA »» 003 | Unsecured Creditors | $3,728.83 | $0.00 | $3,728.83 |
| 4 | MEMBERS 1ST FCU »» 004 | Unsecured Creditors | $4,795.15 | $0.00 | $4,795.15 |
| 5 | LVNV FUNDING LLC »» 005 | Unsecured Creditors | $2,110.07 | $0.00 | $2,110.07 |
| 6 | MIDFIRST BANK »» 006 | Mortgage Arrears | $1,431.97 | $1,431.97 | $0.00 |
| 0 | ALAINE V GRBACH ESQ | Attorney Fees | $1,000.00 | $0.00 | $1,000.00 |

**Chapter 13 Case No. 23-10328-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,879.00 | Current Monthly Payment: | $100.00 |
| Paid to Claims: | $4,681.97 | Arrearages: | $100.00 |
| Paid to Trustee: | $563.43 | Total Plan Base: | $7,879.00 |
| Funds on Hand: | $633.60 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.