# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re: Jarred E. Fox
Debtor(s)

Case No. 23-10328
Chapter 13

## CERTIFICATE OF SERVICE

I Alaine V. Grbach, hereby certify that on January 8. 2025, I did cause a true and correct copy of the document described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

DOCUMENT 1 : Application for SUpplemental Compensation

DOCUMENT 2: Notice and Bar Date

DOCUMENT 3: Proposed Order

I certify under penalty of perjury that the above document was sent using the mode of service indicated

Date: 01/08/2025

/s/ Alaine V. Grbach
Alaine V. Grbach 45485
Alaine V. Grbach, Esquire
675 Estelle Drive
Lancaster, PA 17601
717-399-8420 Fax:1-866-928-4707
avgrbach@aol.com

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address)

VIA EMAIL:

23-10328-pmm Notice have been electronically mailed to:
DENISE ELIZABETH CARLON on behalf of Creditor MIDFIRST BANK
bkgroup@kmllawgroup.com

CHRISTOPHER A. DENARDO on behalf of Creditor Broker Solutions Inc. dba New American Funding
logsecf@logs.com

To the Debtor, Jarred E. Fox, to foxjarred@ymail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

VIA FIRST CLASS MAIL:
to all of the following that have the same Relationship as an unsecured creditor:

Chase Card Services
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850
Commercial Acceptance Company
Attn: Bankruptcy
2300 Gettysburg Road, Suite 102
Camp Hill, PA 17011
Members 1st FCU
Attn: Bankruptcy
5000 Marketplace Way
Enola, PA 17025
New American Funding
11001 Lakeline Blvd
Austin, TX 78717
Torres Crdit
Attn: Bankruptcy
Po Box 189
Carlisle, PA 17013
Upgrade, Inc.
Attn: Bankruptcy
275 Battery Street 23rd Floor
San Francisco, CA 94111
Wells Fargo Bank NA
1 Home Campus Mac X2303-01a
3rd Floor
Des Moines, IA 50328