**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| In re: | : | CHAPTER 13 |
|---|---|---|
| JARRED E. FOX, | : | |
| | : | BANKRUPTCY NO. 23-10328 - PMM |
| Debtor. | : | |

**CERTIFICATION OF NO RESPONCE TO**
**APPLICATION FOR POST-CONFERMATION COMPENSATION**

I, <u>Alaine V. Grbach, Esquire</u>, hereby certify that the twenty one (21) days during which parties in interest had to answer or object to the above Application, after service thereon, have expired, and no answer or objection has been filed and/or served upon undersigned Counsel.

**Dated: 02/24/2025**

Respectfully submitted,

**/s/Alaine V. Grbach, Esquire**

Alaine V. Grbach, Esquire
Counsel to Debtors
675 Estelle Drive
Lancaster, PA 17601
(717) 399-8420 - telephone
I.D. No.: 45485