# ALAINE V. GRBACH

**Attorney-at-Law**

**675 Estelle Drive
Lancaster, Pennsylvania 17601
(717) 399-8420 Telecopier: 866-928-4707**

## STATEMENT

| DATE | DESCRPTION | TIME |
|---|---|---|
| 3/03/2024 | Telephone conference with Client regarding substantial post-petition mortgage arrears; review options including Loan Modification and Partial claim; Joint telephone conference with lender regarding LM Application | .75 |
| 3/25/2024 | Review of FedEx from Lender regarding Loan Modification and Partial Claim Agreement; email to client regarding LM Agreement | .4 |
| 3/28/2024 | Email to client regarding April deadline to return LM Agreement; telephone conference with client regarding meeting and documents | .25 |
| 3/29/2024 | Personal conference with client to review Loan Mod and Partial Claim Agreement; Review Procedure for Court Approval; Provide checklist to client for document needed to amend schedules. Review reduction of income due to new baby; | 1.4 |
| 3/29/2024 | Letter to Lender regarding completed Agreement | .2 |
| 5/02/2024 | Prepare Modified Plan and Motion to Approve; email to Client regarding review of Modified Plan, telephone conference with Client regarding filing of motion; procedure for approval; | 2.75 |
| 05/03/2024 | File Motion and Plan, email to client regarding filling | .25 |

SUBTOTAL   6.0

| | | |
|---|---|---|
| **05/07/2024** | **Email to Mortgagee regarding contacting client directly in future regarding new payments.** | **.1** |
| **05/07/2024** | **Telephone conference with client regarding need new pay advices to show no income for wife and increased income for client.** | **.3** |
| **05/11/2024** | **Amend and filed new Schedules I and J** | **.3** |
| **05/19/2024** | **Email to client regarding start of reduced Plan Payment** | **.1** |
| **05/25/2024** | **Prepare and Filed Third Amended Modified Plan** | **.4** |
| **05/29/2024** | **Prepare and file technical amended to plan** | **.2** |
| **05/30/2024** | **Prepare and file Cert N/R to Motion** | **.2** |
| **05/31/2024** | **Email to Client regarding Approval of Modified Plan** | **.2** |

**SUBTOTAL:   1.8  +  6.0  =     7.8 HOURS   x  $350.00 +   $2,730.00**