IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                  :       Chapter 13

**Jarred E. Fox,**                                      :

               Debtor.           :       Case No. 23-10328 (PMM)

### ORDER TO SHOW CAUSE WHY THE SUPPLEMENTAL FEE APPLICATION SHOULD NOT BE DENIED

**AND NOW**, upon consideration of the Supplemental Application for Compensation (doc. #'s 47,51,52 ) filed by counsel for the Debtor, Alaine V. Grbach, Esquire;

AND the proposed order for the Supplemental Application (doc.#51) stating that counsel received $800.00 from the Debtor pre-petition;

BUT counsel's 2016(b) disclosure indicating that counsel was paid $1,000.00 prior to the filing;

AND counsel's initial "no look" fee having been approved by way of the confirmation of the Debtor's chapter 13 plan, doc. #'s 22, 28;

AND it therefore being unclear where and when counsel received the additional $800.00;

It is therefore hereby **ordered** that counsel shall appear on **Thursday, April 24, 2025 at 11:00 a.m.** in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn St., Reading, PA 19601 and **show cause** why the Supplemental Application should not be denied.

Dated: 4/3/25

                                                      *Patricia M. Mayer*

                                                      _____

                                                      Hon. Patricia M. Mayer
                                                      United States Bankruptcy Judge