United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10328-pmm |
| Jarred E. Fox | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 1 |
| Date Rcvd: Apr 04, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jarred E. Fox, 94 East Church Street, Stevens, PA 17578-9448 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Apr 06, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALAINE V. GRBACH | on behalf of Debtor Jarred E. Fox avgrbach@aol.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor Broker Solutions Inc. dba New American Funding logsecf@logs.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: : Chapter 13

Jarred E. Fox, :

        Debtor. : Case No. 23-10328 (PMM)

### ORDER TO SHOW CAUSE WHY THE SUPPLEMENTAL FEE APPLICATION SHOULD NOT BE DENIED

**AND NOW**, upon consideration of the Supplemental Application for Compensation (doc. #'s 47,51,52 ) filed by counsel for the Debtor, Alaine V. Grbach, Esquire;

AND the proposed order for the Supplemental Application (doc.#51) stating that counsel received $800.00 from the Debtor pre-petition;

BUT counsel's 2016(b) disclosure indicating that counsel was paid $1,000.00 prior to the filing;

AND counsel's initial "no look" fee having been approved by way of the confirmation of the Debtor's chapter 13 plan, doc. #'s 22, 28;

AND it therefore being unclear where and when counsel received the additional $800.00;

It is therefore hereby **ordered** that counsel shall appear on **Thursday, April 24, 2025 at 11:00 a.m.** in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn St., Reading, PA 19601 and **show cause** why the Supplemental Application should not be denied.

Dated: 4/3/25

                                                                Hon. Patricia M. Mayer
                                                                United States Bankruptcy Judge