# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| **JARRED E. FOX,** | | CHAPTER  13 |
| | : | |
| | : | CASE NO.  23-70328 |
| DEBTOR. | | |
| | : | |

## PRAECIPE OF COUSNEL TO DEPTOR WITHDRAWLING APPLICATION FOR SUPPLEMENTAL COMPENSATION

**TO THE CLERK OF THIS HONORABLE COURT:**

**Kindly withdraw the above application of Alaine v. Grbach.**

**Dated:  04/20/2025**

Respectfully submitted,

**/s/Alaine V. Grbach, Esquire**

Alaine V. Grbach, Esquire

Counsel to Debtors
675 Estelle Drive
Lancaster, PA 17601
(717) 399-8420 - telephone
I.D. No.: 45485