| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 23-10328-PMM

| | |
|---|---|
| Jarred E. Fox | Petition Filed Date: 02/03/2023 |
| 94 East Church Street | 341 Hearing Date: 03/21/2023 |
| Stevens  PA  17578 | Confirmation Date: 06/29/2023 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/06/2024 | $100.00 | | 09/04/2024 | $100.00 | | 10/03/2024 | $100.00 | |
| 11/05/2024 | $100.00 | | 12/04/2024 | $100.00 | | 01/06/2025 | $100.00 | |
| 02/05/2025 | $100.00 | | 03/04/2025 | $100.00 | | 04/07/2025 | $100.00 | |
| 05/05/2025 | $100.00 | | 06/04/2025 | $100.00 | | 07/03/2025 | $100.00 | |

**Total Receipts for the Period: $1,200.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $7,079.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | ALAINE V GRBACH ESQ | Attorney Fees | $3,250.00 | $3,250.00 | $0.00 |
| 1 | CHASE BANK USA NA<br>»»  001 | Unsecured Creditors | $1,945.73 | $242.81 | $1,702.92 |
| 2 | MIDLAND CREDIT MANAGEMENT INC<br>»»  002 | Unsecured Creditors | $623.73 | $77.82 | $545.91 |
| 3 | WELLS FARGO BANK NEVADA NA<br>»»  003 | Unsecured Creditors | $3,728.83 | $492.00 | $3,236.83 |
| 4 | MEMBERS 1ST FCU<br>»»  004 | Unsecured Creditors | $4,795.15 | $632.68 | $4,162.47 |
| 5 | LVNV FUNDING LLC<br>»»  005 | Unsecured Creditors | $2,110.07 | $278.39 | $1,831.68 |
| 6 | MIDFIRST BANK<br>»»  006 | Mortgage Arrears | $1,431.97 | $1,431.97 | $0.00 |
| 0 | ALAINE V GRBACH ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-10328-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,079.00 | Current Monthly Payment: | $100.00 |
| Paid to Claims: | $6,405.67 | Arrearages: | $100.00 |
| Paid to Trustee: | $654.93 | Total Plan Base: | $7,879.00 |
| Funds on Hand: | $18.40 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.