# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re: Jarred E. Fox, Debtor(s)

Case No. 23-10328
Chapter 13

## ANSWER OF DEBTOR TO MOTION OF MIDFIRST BANK FOR RELIEF FROM STAY

The debtor, Jarred E. Fox, through his attorney, answers the above Motion as follows:

1. The debtor has made all mortgage payments to MidFirst bank except for the current payment due and owing.

2. Debtor, through counsel, has reached out to MidFirst's counsel to address the one payment now due.

3. Debtor believes the instant Motion is premature.

WHEREFORE, the debtor respectfully requests that this Court enter an order denying the MidFirst Motion, and that he be granted such other and further relief as is just and proper.

Dated: September 4, 2025

Respectfully submitted,

By: /s/ Alaine V. Grbach
Alaine V. Grbach 45485
Attorney for Debtor(s)