## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Jarred E. Fox        , | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | Case No.   23-10328-pmm |
| | : | |
| | : | |

### ORDER SETTING DEADLINE FOR FILING OF STIPULATION

**AND NOW,** upon consideration of the Motion for Relief from Stay (doc. #57, the "Motion"), seeking relief pursuant to 11 U.S.C. §362 and the Response filed thereto (doc. #61);

**AND,** the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

**It is hereby ORDERED that:**

1. On or before November 19, 2025, the parties shall either file the Stipulation or file a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.

10/20/2025

*Patricia M. Mayer*
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**