### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jarred E. Fox<br>_Debtor_ | CHAPTER 13 |
| MIDFIRST BANK<br>_Moving Party_<br>vs. | NO. 23-10328 PMM |
| Jarred E. Fox<br>_Debtor_ | |
| Scott F. Waterman<br>_Trustee_ | 11 U.S.C. Section 362 |

### ORDER

AND NOW, this  23rd  day of  October              , 2025 at Reading, upon consideration of this Stipulation, it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

_/s/ Patricia M. Mayer_
Hon. Patricia M. Mayer
United States Bankruptcy Judge