Certificate Number: 14912-PAE-DE-040873280

Bankruptcy Case Number: 23-10328



14912-PAE-DE-040873280

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 19, 2026, at 9:13 o'clock AM EDT, Jarred Fox completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   April 19, 2026              By:    /s/Jai Bhatt

                                   Name:  Jai Bhatt

                                   Title:  Counselor