United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Jarred E. Fox

    Debtor

Case No. 23-10328-pmm

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 29, 2026 | Form ID: 138OBJ | Total Noticed: 20 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jarred E. Fox, 94 East Church Street, Stevens, PA 17578-9448 |
| 14758661 | + | Broker Solutions Inc., dba New American Funding, c/o Lorraine Gazzara Doyle, Esq., 3600 Horizon Drive, Suite 150, King of Prussia PA 19406-4702 |
| 14772656 | + | MIDFIRST BANK, C/O Michael Patrick Farrington, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Apr 30 2026 00:48:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 30 2026 00:48:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14753942 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 30 2026 00:41:33 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 14753943 | + | Email/Text: dylan.succa@commercialacceptance.net | Apr 30 2026 00:48:00 | Commercial Acceptance Company, Attn: Bankruptcy, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 14761758 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Apr 30 2026 00:47:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14772606 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 30 2026 00:41:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14772563 | ^ | MEBN | Apr 30 2026 00:35:03 | MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14753944 | + | Email/Text: Unger@Members1st.org | Apr 30 2026 00:48:00 | Members 1st FCU, Attn: Bankruptcy, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 14765776 | + | Email/Text: Unger@Members1st.org | Apr 30 2026 00:48:00 | Members 1st Federal Credit Union, PO Box 8893, Camp Hill, PA 17001-8893 |
| 14773666 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Apr 30 2026 00:42:01 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14762586 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 30 2026 00:48:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14753945 | | Email/Text: Bankruptcy@nafinc.com | Apr 30 2026 00:47:00 | New American Funding, 11001 Lakeline Blvd, Austin, TX 78717 |
| 14758485 | | Email/Text: Bankruptcy@nafinc.com | Apr 30 2026 00:47:00 | Broker Solutions Inc. dba New American Funding, 11001 Lakeline Blvd, No 325, Austin , TX , 78717 |
| 14753946 | ^ | MEBN | | |

District/off: 0313-4          User: admin          Page 2 of 2

Date Rcvd: Apr 29, 2026          Form ID: 138OBJ          Total Noticed: 20

|  |  | Apr 30 2026 00:35:12 | Torres Crdit, Attn: Bankruptcy, Po Box 189, Carlisle, PA 17013-0189 |
| 14753947 | Email/Text: bknotice@upgrade.com | Apr 30 2026 00:47:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 14753948 | + Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Apr 30 2026 00:41:32 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 14765012 | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Apr 30 2026 00:42:01 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2026          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| ALAINE V. GRBACH | on behalf of Debtor Jarred E. Fox avgrbach@aol.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor Broker Solutions Inc. dba New American Funding logsecf@logs.com |
| MATTHEW K. FISSEL | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 138OBJ* (6/24)–doc 80 – 72

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                )
   Jarred E. Fox                    )          Case No. 23–10328–pmm
                                    )
                                    )
   Debtor(s).                       )          Chapter: 13
                                    )
                                    )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: April 29, 2026                              For The Court

                                                  Mohung Wong
                                                  Clerk of Court